EASTERN SAVINGS BANK *v.* JOSEPH G.
BERNIER ET AL.

ZARELLA, J., did not participate in the consideration
or decision of this petition.

*Neil B. Shaw*, pro se, in support of the petition.

*Robert J. Piscitelli*, in opposition.

Decided January 9, 2003

FORT TRUMBULL CONSERVANCY, LLC *v.* PLANNING
AND ZONING COMMISSION OF THE
CITY OF NEW LONDON

*Scott W. Sawyer*, in support of the petition.

Decided January 9, 2003

RICHARD GILLIS *v.* WHITE OAK*
CORPORATION ET AL.

The Supreme Court docket number is SC 16911.

*James D. Moran, Jr.*, in support of the petition.

---

* The appeal was withdrawn March 28, 2003.

*Taka Iwashita* and *Michael J. Belzer*, assistant attorneys general, in opposition.

Decided January 14, 2003

STATE OF CONNECTICUT *v.* DARIO GUZMAN

*Lisa J. Steele*, special public defender, in support of the petition.

*Paul J. Narducci*, assistant state's attorney, in opposition.

Decided January 14, 2003

STATE OF CONNECTICUT *v.* JOHN GAUTHIER

*Deborah G. Stevenson*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided January 14, 2003

FRANKLIN CREDIT MANAGEMENT CORPORATION
*v.* THOMAS J. NICHOLAS ET AL.